IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MEGHAN McCRANE, | : | |
| individually and on behalf of a class of all persons and entities similarly situated, | : | Case No. 5:21-cv-05884 |
| | : | Judge Paul G. Gardephe |
| Plaintiff, | : | |
| vs. | | |
| | : | |
| RPA ENERGY, INC. and AGR GROUP NEVADA, LLC, | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

Now come Plaintiff, Meghan McCrane, and Defendants, RPA Energy, Inc. and AGR Group Nevada, LLC, and notify the Court that the parties have reached a settlement of this matter. The Parties anticipate executing a Settlement Agreement and filing a Stipulation of Dismissal within thirty (30) days or less.

Respectfully submitted:

*/s/ Anthony I. Paronich*
Anthony I. Paronich (*Admitted Pro Hac Vice*)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

*Counsel for Plaintiff and the putative class*

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal
Kelley Drye & Warren LLP
One Jefferson Road

1

>2nd Floor
>Parsippany, NJ  07054
>Telephone: (973) 503-5943
>Facsimile: (973) 503-5950
>paulrosenthal@kelleydrye.com
>
>*Counsel for Defendant, RPA Energy, Inc.*
>
>*/s/ Lisa A. Messner*
>Lisa A. Messner (*Admitted Pro Hac Vice*)
>Mac Murray & Shuster LLP
>6525 West Campus Oval, Suite 210
>New Albany, Ohio 43054
>Telephone: (614) 939-9955, Fax: (614) 939-9954
>E-mail: lmessner@mslawgroup.com
>
>*Counsel for Defendant, AGR Group Nevada, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 7th day of September, 2021, the foregoing document was filed through the Court's ECF system, which will send notice to all counsel of record in this matter.

>*/s/ Lisa A. Messner*
>Lisa A. Messner (*Admitted Pro Hac Vice*)